# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Bank of Oklahoma, N.A., ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Tharaldson Motels II, Inc., ) | |
| a North Dakota corporation, ) | |
| ) | Case No.  1:09-cv-030 |
| Defendant. ) | |

Before the court are the Defendant's motions for attorneys John T. Moshier and Martin A. Aronson and to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys John T. Moshier and Martin A. Aronson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motions (Docket No. 21 and 22) are **GRANTED**. Attorneys John T. Moshier and Martin A. Aronson are admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge