# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Bank of Oklahoma, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tharaldson Motels II, Inc., | ) | |
| a North Dakota corporation, | ) | |
| | ) | Case No.  1:09-cv-030 |
| Defendant. | ) | |

_____

On August 6, 2009, the parties filed Stipulation Extending Defendant's Time to File Reply Brief.  The court **ADOPTS** the parties' stipulation (Docket No.  25).  Defendant shall have until September 4, 2009, to file a Reply Brief in Support of Motion to Dismiss or, Alternatively, to Stay Proceedings Pending Outcome of Parallel Litigation in Nevada State Court.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge