IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Bank of Oklahoma, N.A., )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Tharaldson Motels II, Inc., a North Dakota )<br>corporation, )<br>)<br>      Defendant. ) | **ORDER RE ADMISSION**<br>**PRO HAC VICE**<br><br><br><br>Case No.  1:09-cv-030 |

Before the court is the Defendant's Motion for attorney Christine R. Taradash to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Christine R. Taradash has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 34) is **GRANTED**. Attorney Christine R. Taradash is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

    **IT IS SO ORDERED.**

    Dated this 4th day of November, 2009.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge