IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Bank of Oklahoma, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Tharaldson Motels II, Inc., a North Dakota corporation, | ) ) | |
| | ) | Case No.  1:09-cv-030 |
| Defendant. | ) | |

Before the court is the Plaintiff's motion for attorney Piper W. Turner to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Piper W. Turner has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  She has also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiff's motion (Docket No. 36) is **GRANTED**.  Attorney Piper W. Turner  is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge