**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Bank of Oklahoma, N.A.,                        )<br>                                                              )<br>             Plaintiff,                            )<br>                                                              )<br>      vs.                                                 )<br>                                                              )<br>Tharaldson Motels II, Inc., a North Dakota )<br>corporation,                                          )<br>                                                              )<br>             Defendant.                         )<br>_____ )<br>                                                              )<br>Tharaldson Motels II, a North Dakota      )<br>corporation, Gary D. Tharaldson, a        )<br>resident of the state of Nevada; and Club )<br>Vista Financial Services, LLC, a Nevada )<br>limited liability company,                       )<br>                                                              )<br>             Counterclaimants and/or       )<br>             Third-Party Plaintiffs,            )<br>                                                              )<br>      vs.                                                 )<br>                                                              )<br>Bank of Oklahoma, N.A.,                        )<br>                                                              )<br>      and                                                )<br>                                                              )<br>Scott Financial Corporation, a North      )<br>Dakota corporation; and Bradley J. Scott, )<br>a resident of North Dakota; Gemstone    )<br>Development West Inc., a Nevada         )<br>corporation; Asphalt Products Corporation )<br>d/b/a APCO Construction, a Nevada     )<br>corporation; Doe Individuals 1-100 and Roe )<br>Business Entities 1-100,                       )<br>                                                              )<br>             Counterdefendants and/or       )<br>             Third-Party Defendants.         )  | **ORDER RE ADMISSION<br>PRO HAC VICE**<br><br><br><br><br>Case No. 1:09-cv-030 |

     Before the court is the motion for attorneys J. Randall Jones and Matthew S. Carter to appear *pro hac vice* on behalf of Counterdefendant and/or Third-Party Defendant Scott Financial Corporation. In

1

accordance with D.N.D. Gen. L.R. 1.3(D), attorneys J. Randall Jones and Matthew S. Carter have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 67) is **GRANTED**. Attorneys J. Randall Jones and Matthew S. Carter are admitted to practice before this court in the above-entitled action on behalf of Scott Financial Corporation.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge