**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bank of Oklahoma, N.A., | ) | |
| | ) | |
|        Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Tharaldson Motels II, Inc., a North Dakota corporation, | ) | |
| | ) | Case No. 1:09-cv-030 |
|        Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Tharaldson Motels II, a North Dakota corporation, Gary D. Tharaldson, a resident of the state of Nevada; and Club Vista Financial Services, LLC, a Nevada limited liability company, | ) | |
| | ) | |
|        Counterclaimants and/or Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of Oklahoma, N.A., | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| Scott Financial Corporation, a North Dakota corporation; and Bradley J. Scott, a resident of North Dakota; Gemstone Development West Inc., a Nevada corporation; Asphalt Products Corporation d/b/a APCO Construction, a Nevada corporation; Doe Individuals 1-100 and Roe Business Entities 1-100, | ) | |
| | ) | |
|        Counterdefendants and/or Third-Party Defendants. | ) | |

Before the court is Third-Party Defendant Asphalt Products Corporation d/b/a APCO Construction's motion for attorney Wade B. Gochnour to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen.

1

L.R. 1.3(D), attorney Wade B. Gochnour has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, Asphalt Products Corporation d/b/a APCO Construction's motion (Docket No. 73) is **GRANTED**. Attorney Wade B. Gochnour is admitted to practice before this court in the above-entitled action on behalf of Asphalt Products Corporation d/b/a APCO Construction.

    **IT IS SO ORDERED.**

    Dated this 4th day of February, 2010.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge