# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Bank of Oklahoma, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Tharaldson Motels II, Inc., a North Dakota corporation, | ) ) | |
| | ) | Case No. 1:09-cv-030 |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Tharaldson Motels II, a North Dakota corporation, Gary D. Tharaldson, a resident of the state of Nevada; and Club Vista Financial Services, LLC, a Nevada limited liability company, | ) ) ) ) ) | |
| | ) | |
| Counterclaimants and/or Third-Party Plaintiffs, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of Oklahoma, N.A., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Scott Financial Corporation, a North Dakota corporation; and Bradley J. Scott, a resident of North Dakota; Gemstone Development West Inc., a Nevada corporation; Asphalt Products Corporation d/b/a APCO Construction, a Nevada corporation; Maslon Edelman Borman & Brand, LLP, a Minnesota limited liability partnership; Doe Individuals 1-100 and Roe Business Entities 1-100, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Counterdefendants and/or Third-Party Defendants. | ) ) | |

Before the court are Maslon Edelman Borman & Brand, LLP's motions for attorneys Lewis A. Remele, Jr. and David A. Turner to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R.

1

1.3(D), attorneys Lewis A. Remele, Jr. and David A. Turner have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, Maslon Edelman Borman & Brand, LLP's motions (Docket Nos. 92 and 93) are **GRANTED**. Attorneys Lewis A. Remele, Jr. and David A. Turner are admitted to practice before this court in the above-entitled action on behalf of Maslon Edelman Borman & Brand, LLP.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge

2