# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Bank of Oklahoma, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Tharaldson Motels II, Inc., | ) | |
| a North Dakota Corporation, | ) | |
| | ) | Case No. 1:09-cv-030 |
| Defendant. | ) | |

Before the court is the defendant's motion for attorney Jennifer M. Dubay to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jennifer M. Dubay has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the defendant's motion (Docket No. 120) is **GRANTED**. Attorney Jennifer M. Dubay is admitted to practice before this court in the above-entitled action on behalf of the defendant.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge